RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Salvador Ramirez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR RAMIREZ,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00252-GMN-EJY<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Salvador Ramirez, that the Change of Plea Hearing currently scheduled on April 20, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be out of the jurisdiction on April 20, 2022.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 29th day of March, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Kimberly A. Sokolich*<br>By_____<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00252-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| SALVADOR RAMIREZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Wednesday, April 20, 2022 at 2:00 p.m., be vacated and continued to June 22, 2022 at the hour of 10:00 a.m.

DATED this 29 day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE