RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Salvador Ramirez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR RAMIREZ,<br><br>Defendant. | Case No. 2:21-cr-00252-GMN-EJY<br><br>**STIPULATION TO AMEND JUDGMENT DUE TO CLERICAL ERROR** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Salvador Ramirez, that the Judgment in this case entered September 21, 2022 (ECF No. 32) be amended under Federal Rule of Criminal Procedure 36.

The Stipulation is entered into for the following reasons:

1. Pursuant to a plea agreement, Mr. Ramirez pled guilty to one count of Engaging in the Business of Dealing in Firearms Without a License. ECF No.

26. The parties jointly recommended that the Court grant a two-level downward departure or variance from his offense level and that, if the resulting advisory guideline range fell within Zone C of the sentencing table, he be permitted to serve half his custodial sentence on home confinement. ECF No. 27 at 8-9.

2. This Court followed the parties' recommendation and, on September 21, 2022, sentenced Mr. Ramirez to "TWELVE (12) MONTHS custody with SIX (6) MONTHS satisfied by home confinement," followed by two years of supervised release. ECF No. 32 at 2, 3. Mr. Ramirez self-surrendered on December 27, 2022, as ordered by the Court. ECF No. 31.

3. Defense counsel recently learned from BOP counsel, Clay Cook, that, because of the way the Judgment is worded, BOP will incarcerate Mr. Ramirez for 12-months, not 6 months as intended. Specifically, Mr. Cook explained:

> the court ordered a 12-month sentence with 6 months satisfied by home confinement. As the BOP is the only entity authorized to order home confinement as part of a term of imprisonment (18 USC 3624) and because inmates are committed to the BOP until the expiration of their term of imprisonment (18 USC 3621), the J&C was interpreted as a 12-month sentence of incarceration.

4. Mr. Cook advised the appropriate remedy is to amend the judgment to a 6-month term of imprisonment, since home confinement is already a special condition of Mr. Ramirez's supervised release. *See* ECF No. 32 at 5, Special Condition 3 ("Home Confinement with Location Monitoring – You will be monitored by the form of location monitoring technology indicated below for a period of 6 months").

5. Under Fed. R. Crim. P. 36, this Court "may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error

in the record arising from oversight or omission." The parties respectfully submit that correcting the Judgment pursuant to Rule 36 is the appropriate remedy here.

6. The parties therefore move the Court to amend page two of the Judgment to reflect a sentence of six months in custody, and to amend page three of the Judgment to reflect a supervised release term of 30 months with the first six months spent on home confinement.

DATED: April 11, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>Acting United States Attorney |
|---|---|
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Kimberly A. Sokolich*<br>By_____<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR RAMIREZ,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00252-GMN-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that page two of the Judgment (ECF No. 32) be amended to reflect a sentence of "SIX (6) MONTHS custody."

　　　IT IS FURTHER ORDERED that page three of the Judgment be amended to reflect a term of "THIRTY (30) MONTHS" of supervised release.

　　　DATED this __12__ day of April, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4